FILED

2022 May-16  PM 02:41
U.S. DISTRICT COURT
N.D. OF ALABAMA

Pro Se 7 (Rev. 10/16) Complaint for Employment Discrimination

# United States District Court
## for the
### NORTHERN DISTRICT OF ALABAMA

Brandon Divanta Brunson

*Plaintiff,*

*(Write your full name. No more than one plaintiff may be named in a pro se complaint)*

v.

Amazon.com Services LLC

*Defendant(s),*

*(Write the full name of each defendant who is being sued. If the names of all defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names)*

Case No.: 2:22cv-634-SGC

*(to be filled in by the Clerk's Office)*

JURY TRIAL ☐ Yes ☐ No

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

### I.   The Parties to This Complaint

#### A.   The Plaintiff

Name                          Brandon D. Brunson
Street Address                305 Spring Creek Drive
City and County               Perry / Houston Co
State and Zip Code            Georgia / 31069
Telephone Number              (478)-918-6172
E-mail Address *(if known)*   brandonbrunson2000@gmail.com

☐   **Check here to receive electronic notice through the e-mail listed above. By checking this box, the undersigned consents to electronic service and waives the right to personal service by first class mail pursuant to Federal Rule of Civil Procedure 5(b)(2), except with regard to service of a summons and complaint. The Notice of Electronic Filing will allow one free look at the document, and any attached PDF may be printed and saved.**

5/13/2022

**Date**

Brandon Brunson

**Participant Signature**

II.     **Basis for Jurisdiction**

B.      **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | _____ |
| Job or Title *(if known)* | _____ |
| Street Address | _____ |
| City and County | _____ |
| State and Zip Code | _____ |
| Telephone Number | _____ |
| E-mail Address *(if known)* | _____ |

Defendant No. 2

| | |
|---|---|
| Name | _____ |
| Job or Title *(if known)* | _____ |
| Street Address | _____ |
| City and County | _____ |
| State and Zip Code | _____ |
| Telephone Number | _____ |
| E-mail Address *(if known)* | _____ |

Defendant No. 3

| | |
|---|---|
| Name | _____ |
| Job or Title *(if known)* | _____ |
| Street Address | _____ |
| City and County | _____ |
| State and Zip Code | _____ |
| Telephone Number | _____ |
| E-mail Address *(if known)* | _____ |

Pro Se 7 (Rev. 10/16) Complaint for Employment Discrimination

Defendant No. 4

| | |
|---|---|
| Name | _____ |
| Job or Title *(if known)* | _____ |
| Street Address | _____ |
| City and County | _____ |
| State and Zip Code | _____ |
| Telephone Number | _____ |
| E-mail Address *(if known)* | _____ |

C.   **Place of Employment**

The address at which I sought employment or was employed by the defendant(s) is:

| | |
|---|---|
| Name | BHM1 |
| Street Address | 975 Powder Plant Rd |
| City and County | Bessemer / Jefferson Co |
| State and Zip Code | Alabama / 35022 |
| Telephone Number | N/A |

II.   **Basis for Jurisdiction**

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☑   Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐   Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☐    Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☑    Other federal law *(specify the federal law)*:

*Alabama Background Check laws, Alabama*

Relevant state law *(specify, if known)*:

*Whistle blower Protection laws*

Relevant city or county law *(specify, if known)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

☐    Failure to hire me

☑    Termination of my employment

☐    Failure to promote me

☐    Failure to accommodate my disability

☑    Unequal terms and conditions of my employment

☑    Retaliation

☐    Other acts *(specify)*: _____

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

Pro Se 7 (Rev. 10/16) Complaint for Employment Discrimination

B.   It is my best recollection that the alleged discriminatory acts occurred on date(s):

*① Sept 8, 2022 / Oct 15, 2022*

C.   I believe that defendant(s) *(check one)*:

☐   is/are still committing these acts against me

☒   is/are not still committing these acts against me

D.   Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

☐   race          *A couple that were working at the same building*

☒   color          *A couple that were working @ the same building*

☒   gender/sex     *A female coworker kept her job*

☐   religion       _____

☐   national origin _____

☐   age *(year of birth)* _____
                 *(only when asserting a claim of age discrimination)*

☐   disability or perceived disability *(specify disability)*_____

     _____

E.   The facts of my case are as follows. Attach additional pages if needed. _____

*send in exhibits in already*

_____

_____

_____

_____

_____

_____

_____

_____

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

Pro Se 7 (Rev. 10/16) Complaint for Employment Discrimination

## IV.   Exhaustion of Federal Administrative Remedies

A.   It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*: _____

Jan. 29, 2021

B.   The Equal Employment Opportunity Commission *(check one)*:

☐   has not issued a Notice of Right to Sue letter

☑   issued a Notice of Right to Sue letter, which I received on *(date)*: _____

Feb 24, 2022

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.   Only litigants alleging age discrimination must answer this question:

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐   60 days or more have elapsed

☐   less than 60 days have elapsed

## V.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I submit some exhibits for cost damages and also the mental stress of bills.

I had to stop my MBA program, and also fight for child custody of my daughter

From my bills that occur from my termination to the stress of paying / living back home

asking for a 950,000 relief.

## VI.    Certification and Closing

Under Rule 11 of the Federal Rules of Civil Procedure, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of Signing: 5/13/22

Signature of Plaintiff: Brand Bunn

Printed Name of Plaintiff: Brandon Brunson

### B.    For Attorneys

Date of Signing: _____

Signature of Attorney: _____

Printed Name of Attorney: _____

Bar Number: _____

Name of Law Firm: _____

Street Address: _____

State and Zip Code: _____

Telephone Number: _____

E-mail Address: _____

**RECEIPT** No. 772223

DATE 3/25/22 — $ 37.00

FROM Nannas Babysitting serc

○ FOR RENT
○ FOR — Saving Richards

| ACCT. | 37.00 | ○ CASH |
| PAID | 37.0 | ○ CHECK |
| DUE | 0 | ○ MONEY ORDER |
| | | ○ CREDIT CARD |

FROM Kokoha TO Reardon
BY ___

---

**RECEIPT** No. 772224

DATE 3/25/22 — $ 100.00

FROM Nannas Babysitting serc

○ FOR RENT
○ FOR — Childcare

| ACCT. | 100.00 | ○ CASH |
| PAID | 100.00 | ○ CHECK |
| DUE | 0 | ○ MONEY ORDER |
| | | ○ CREDIT CARD |

One hundred 00/100 ___ DOLLARS

FROM Kokoha TO Reardon
BY ___

---

**RECEIPT** No. 772239

DATE 4/18/22 — $ 105.00

FROM Nannas Babysitting serc

○ FOR RENT
○ FOR — Childcare

| ACCT. | 105.00 | ○ CASH |
| PAID | 105.00 | ○ CHECK |
| DUE | 0 | ○ MONEY ORDER |
| | | ○ CREDIT CARD |

One hundred five and 00/100 ___ DOLLARS

FROM Kokoha TO Reardon
BY ___

---

**RECEIPT** No. 772215

DATE 2/28/22 — $ 200.00

FROM Nannas Babysitting serc

○ FOR RENT
○ FOR — Childcare - 2week payment

| ACCT. | 200.00 | ○ CASH |
| PAID | 200.00 | ○ CHECK |
| DUE | 0 | ○ MONEY ORDER |
| | | ○ CREDIT CARD |

Two hundred 00/100 ___ DOLLARS

FROM Kokoha TO Reardon
BY ___



**RECEIPT** No. 772220

DATE 3/15/22

FROM Neonnas Babysitting serv.            $ 160.00

○ FOR RENT
⊗ FOR Childcare — 2 week payment

| ACCT. | 160 | 00 | ○ CASH |
| PAID | 160 | 00 | ○ CHECK |
| DUE | 0 | | ⊗ MONEY ORDER |
| | | | ○ CREDIT CARD    BY |

FROM Kaluuna   TO Brandon

A-1152
T-4161

---

**RECEIPT** No. 772237

DATE 4/12/22

FROM Neonnas Babysitting serv.

○ FOR RENT
⊗ FOR Eighty
Childcare — short week        $ 80.00

DOLLARS

| ACCT. | 80 | 00 | ○ CASH |
| PAID | 80 | 00 | ○ CHECK |
| DUE | 0 | | ⊗ MONEY ORDER |
| | | | ○ CREDIT CARD    BY |

FROM Kaluuna   TO Brandon

A-1152
T-4161

---

**RECEIPT** No. 772211

DATE 2/28/22

FROM Neonnas Babysitting serv.        $ 100.00

○ FOR RENT
⊗ FOR One hundred
Childcare

DOLLARS

| ACCT. | 100 | 00 | ○ CASH |
| PAID | 100 | 00 | ○ CHECK |
| DUE | 0 | | ⊗ MONEY ORDER |
| | | | ○ CREDIT CARD    BY |

FROM Kaluuna   TO Brandon

A-1152
T-4161

---

**RECEIPT** No. 772231

DATE 4/4/22

FROM Neonnas Babysitting serv.        $ 105.00

○ FOR RENT
⊗ FOR One hundred five
Childcare + late fee ($5)

DOLLARS

| ACCT. | 105 | 00 | ○ CASH |
| PAID | 105 | 00 | ○ CHECK |
| DUE | 0 | | ⊗ MONEY ORDER |
| | | | ○ CREDIT CARD    BY |

FROM Kaluuna   TO Brandon

A-1152
T-4161



# American First Finance

844-895-9307
www.americanfirstfinance.com • info@americanfirstfinance.com

Dear Brandon Brunson,

As of the date of this letter, your account is more than 30 days past due. It is important that you make your Total Amount Due payment of $292.12 immediately in order to bring your account current and avoid further collection actions.

If you do not make a payment or contact our office to discuss your situation and options, we may turn your account over to a collection agency.

It is very important that you contact us today to make a payment or discuss repayment options. You can contact us at 844-895-9307 or online at www.americanfirstfinance.com. We appreciate your prompt attention to this matter.

Sincerely,

American First Finance Inc.
P.O. Box 565848
Dallas, TX 75356
844-895-9307
www.americanfirstfinance.com

## Statement of Account

| | |
|---|---:|
| DATE: | 10/30/20 |
| Account Number: | 1-1505314-2 |
| Current Payment: | $242.12 |
| Amount Past Due: | $242.12 |
| Late Fees: | $25.00 |
| NSF Fees: | $25.00 |
| **Please Pay the Total Amount Due Immediately** | $292.12 |

## Payment Options

 To make a payment online:
**www.americanfirstfinance.com**

 For further information or to pay by phone, please call American First Finance Inc. at **844-895-9307.**

 Mail check or money order payable to:
**American First Finance Inc.**

 Scan this code with your smartphone to pay your bill

This communication is an attempt to collect a debt, and any information obtained will be used for that purpose.

▼ Detach Bottom Portion And Return With Payment ▼

194E 870938 AFF WFD 00000353 Page 1 of 2

☐ **Please check box if above address is incorrect, and indicate change(s) on reverse side.**

American First Finance Inc.
P.O. Box 565848
Dallas, TX 75356
844-895-9307

2

| Account Number |  |
|---|---|
| 1-1505314-2 | |
| Pay This Amount | SHOW AMOUNT |
| $292.12 | PAID HERE  $ |

Make Checks Payable:

American First Finance Inc.
P.O. Box 565848
Dallas, TX 75356

BRANDON BRUNSON
101 4TH AVENUE SOUTHEAST
GRAYSVILLE, AL 35073-1524

# American First Finance

844-895-9307
www.americanfirstfinance.com • info@americanfirstfinance.com



Dear Brandon Brunson,

Your payment on 10/31/20 for $242.12 has not been received as of the date of this letter. We understand how busy you are and realize that you may have forgotten your payment was due. Please give us a call to arrange payment for your Total Amount Due of $292.12.

Please contact us at 844-895-9307 or log on to www.americanfirstfinance.com and make a payment via our website.

If you have already taken care of this matter, we thank you and request you please disregard this notice.

Sincerely,

American First Finance Inc.
P.O. Box 565848
Dallas, TX 75356
844-895-9307
www.americanfirstfinance.com

## Statement of Account

| | |
|---|---|
| DATE: | 11/3/20 |
| Account Number: | 1-1505314-2 |
| Current Payment: | $242.12 |
| Amount Past Due: | $242.12 |
| Late Fees: | $25.00 |
| NSF Fees: | $25.00 |
| **Please Pay the Total Amount Due Immediately** | $292.12 |

## Payment Options

 To make a payment online:
**www.americanfirstfinance.com**

 For further information or to pay by phone, please call American First Finance Inc. at **844-895-9307.**

 Mail check or money order payable to:
**American First Finance Inc.**

 Scan this code with your smartphone to pay your bill

This communication is an attempt to collect a debt, and any information obtained will be used for that purpose. We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

-------------------------------------------------------------
**▼ Detach Bottom Portion And Return With Payment ▼**

191E 872586 AFF.WFD 00000283 Page 1 of 2

☐ **Please check box if above address is incorrect, and indicate change(s) on reverse side.**

American First Finance Inc.
P.O. Box 565848
Dallas, TX 75356
844-895-9307

2

| Account Number 1-1505314-2 | |
|---|---|
| Pay This Amount $292.12 | SHOW AMOUNT PAID HERE  $ |

Make Checks Payable:

American First Finance Inc.
P.O. Box 565848
Dallas, TX 75356

BRANDON BRUNSON
101 4TH AVENUE SOUTHEAST
GRAYSVILLE, AL 35073-1524

 **American First Finance**

844-895-9307
www.americanfirstfinance.com • info@americanfirstfinance.com



Dear Brandon Brunson,

You are seriously past due on your account with us as of the date of this letter. Your Total Amount Due of $534.24 must be received immediately.

If you do not make a payment or contact our office to discuss your situation and options, your account may be turned over to a 3rd party collection agency.

It is very important that you contact us today to make a payment or discuss repayment options. You can contact us at 844-895-9307 or online at www.americanfirstfinance.com. We appreciate your prompt attention to this matter.

Sincerely,

American First Finance Inc.
P.O. Box 565848
Dallas, TX 75356
844-895-9307
www.americanfirstfinance.com

## Statement of Account

| | |
|---|---|
| DATE: | 12/25/20 |
| Account Number: | 1-1505314-2 |
| Current Payment: | $242.12 |
| Amount Past Due: | $484.24 |
| Late Fees: | $25.00 |
| NSF Fees: | $25.00 |
| **Please Pay the Total Amount Due Immediately** | $534.24 |

## Payment Options

 To make a payment online:
**www.americanfirstfinance.com**

 For further information or to pay by phone, please call American First Finance Inc. at **844-895-9307.**

 Mail check or money order payable to:
**American First Finance Inc.**

 Scan this code with your smartphone to pay your bill

This communication is an attempt to collect a debt, and any information obtained will be used for that purpose.

▼ Detach Bottom Portion And Return With Payment ▼

☐ **Please check box if above address is incorrect, and indicate change(s) on reverse side.**

196E 898175 AFF.WFD 00000480 Page 1 of 2

American First Finance Inc.
P.O. Box 565848
Dallas, TX 75356
844-895-9307

3

| Account Number 1-1505314-2 | |
|---|---|
| Pay This Amount $534.24 | SHOW AMOUNT PAID HERE  $ |

Make Checks Payable:

American First Finance Inc.
P.O. Box 565848
Dallas, TX 75356

BRANDON BRUNSON
101 4TH AVENUE SOUTHEAST
GRAYSVILLE, AL 35073-1524

# amazon

9/22/2020

Brandon Brunson
101 4th Ave SE
Graysville, AL 35073

Hello Brandon,

We have been informed of your termination with Amazon effective 9/8/2020. Per the agreement set forth in your offer letter, you have a repayment obligation in the amount of $6,054.92 USD for Relocation benefits. We have attached/enclosed the repayment workbook for your reference.

Note: Check should be made payable to Amazon Corporate LLC and sent to the address provided below. Please do not forget to mention your full name and employee ID (106071258) on the check.

Please contact us, if you have any questions/concerns regarding your repayment obligation, by sending an email to the below email address. Alternatively, you may leave a message at the below phone number and a team member will return your call within 24 hours.

Regards,
Global Employee Receivables Management

Amazon Corporate LLC
P.O. Box 94681, Seattle, WA 98124-6981

Contact Information:
Phone: 206-946-7094
Email: amazon-employeepayments@amazon.com

# amazon

| | |
|---|---|
| **Date:** | 10/28/2020 |
| **To:** | Brandon Brunson<br>101 4th Ave SE,<br>Graysville, AL 35073 |
| **From:** | Employee Receivables Management |
| **Subject:** | Repayment Obligation **– Late Payment Notice 2** |

Dear Brandon,

As a result of your recent termination of employment with Amazon, and in accordance with your signed offer letter, you are required to repay Amazon **$     6,054.92  USD** for your **Relocation benefits & Signing Bonus**. This is a reminder to pay this amount within 15 calendar days of the date of this letter.

If you would like to discuss payment options, please contact Employee Receivables Management (number listed below).

For your convenience, a copy of your Repayment Worksheet is attached, along with a self-addressed, stamped envelope in which payment may be sent.  Please make the check payable to Amazon and include the following:
- Your full name
- Employee ID: **106071258** (so that we can appropriately identify your check)

If you have already sent in your payment, thank you.  Processing can take up to 10 days from time of receipt. Please contact Employee Receivables Management immediately if you would like to establish a payment plan or if you wish to discuss this matter further by emailing us at the below email address. Alternatively, you may call the below phone number to leave a message and a team member will return your call within 24 hours.


Regards,

_____
Employee Receivables Management, Payroll
P.O. Box 94681, Seattle, WA 98124-6981
Phone: 206-946-7094
Email: amazon-employeepayments@amazon.com


**Note: We have enclosed the required documents related to the Repayment obligation for your reference.**

  **EMPLOYEE REPAYMENT OBLIGATION**

**EMPLOYEE INFORMATION**

| | | | |
|---|---|---|---|
| First Name: | Brandon | Hire Date: | 1/20/2020 |
| Last Name: | Brunson | Termination Date: | 9/8/2020 |
| Employee ID: | 106071258 | Termination Year: | 2020 |
| Home Address: | 101 4th Ave SE | Company: | A57 |
| City State ZIP: | Graysville AL 35073 | HR Business Partner: | Tameka Wren |
| Country: | USA | Payment Due Date: | 10/8/2020 |

**REPAYMENT SUMMARY**

| Type | Amount |
|---|---|
| Relocation | 7,410.73 |
| Bonus | 1,998.63 |
| Other | 0.00 |
| Tax Adjustment Current Year | -3,354.44 |
| Tax Adjustment Prior Year | 0.00 |
| Net Repayment Obligation | 6,054.92 |

All payments are due within 30 days of termination date. Please remit payment to Amazon and include your Employee ID on your check. Please send your check to:

Amazon Corporate LLC
Attn: Global Employee Receivables Management
PO Box 94681
Seattle, WA 98124-6981          Questions? Contact GERM at 206-946-7094

**REPAYMENT DETAILS**

| Relocation | Total | Earnings Period | Start Date | Earned Date | Unearned Days | Repayment Ratio | Prorated Due |
|---|---|---|---|---|---|---|---|
| Taxable Benefits | 10,878.00 | 2 Years | 1/20/2020 | 1/20/2022 | 498 | 68.13% | 7,410.73 |
| Non-Taxable Benefits | 0.00 | 2 Years | 1/20/2020 | 1/20/2022 | 498 | 68.13% | 0.00 |
| Total | 10,878.00 | | | | | | 7,410.73 |

| Bonus - Taxable | Total | Earnings Period | Start Date | Earned Date | Unearned Days | Repayment Ratio | Prorated Due |
|---|---|---|---|---|---|---|---|
| Signing Bonus | 5,500.00 | 1 Year | 1/20/2020 | 1/19/2021 | 133 | 36.34% | 1,998.63 |
| Total | 5,500.00 | | | | | | 1,998.63 |

| Other - After Tax | Total |
|---|---|
| Total | 0.00 |

**Tax Corrections**

| | Earnings Repaid | Federal | Social Security | Medicare | State | Local | Total |
|---|---|---|---|---|---|---|---|
| Tax Adjustment Rate - Current Year | | 22.00% | 6.20% | 1.45% | 5.00% | 1.00% | 35.65% |
| Tax Adjustments - Current Year | 9,409.36 | 2,070.06 | 583.38 | 136.44 | 470.47 | 94.09 | 3,354.44 |
| Tax Adjustment Rate - Prior Year | | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Tax Adjustments - Prior Year | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Total Tax Credits | | Federal | Social Security | Medicare | State | Local | Total |
| | 9,409.36 | 2,070.06 | 583.38 | 136.44 | 470.47 | 94.09 | 3,354.44 |

# WINSTON, WINSTON, JENKINS & CHASTAIN, LLC

### ATTORNEYS AT LAW

;TON, JR.
Bobby) BYNON, JR. (Ret.)

DAVID J. CHASTAIN (OF COUNSEL)
RAYMOND C. WINSTON (OF COUNSEL)

W. A. JENKINS JR (1920-1995)

1800 12TH AVENUE SOUTH
BIRMINGHAM, AL 35205

PHONE: (205) 933-2300
FAX: (205) 933-2321

March 03, 2022

Brandon Divanta Brunson
305 Spring Creek Drive
Perry, GA 31069

RE: Alabama Rental Property LLC ag f/IRA Lynn Maurer
vs.
Brandon Divanta Brunson
File No.: 61276

| Description | Amount: |
|---|---|
| November 2020 balance | $752.00 |
| December 2020 rent | $850.00 |
| Late Charge: | $85.00 |
| January - April 2021 rent | $3,400.00 |
| Late Charge: | $340.00 |
| Pet fee | $31.96 |
| Deposit applied | ($850.00) |
| Attorney fee | $1,652.99 |
| Damages | $350.00 |
| Interest | $496.71 |
| **Total due to date:** | $7,108.66 |

Dear Brandon Divanta Brunson

Please be advised this office represents Alabama Rental Property LLC ag f/IRA Lynn Maurer with respect to the above matter which you owe in the sum of $6,611.95 **plus interest** which runs at the rate of 6% per annum

Satisfactory payment arrangements are required in order to avoid further legal actions.

Sincerely,

Norman G. Winston, Jr.

NGW/pdd

NOTICE TO DEBTOR: Unless within sixty (60) days of your receipt of this letter you notify this office that you dispute the validity of this debt, or any portion thereof, the debt will be assumed to be valid debt. The law does not require me to wait until the end of the 60 day period before proceeding with further legal action. If, however, you request proof of the debt or the name and address of the original creditor within the 60 day period that begins with your receipt of this letter, the law requires me to suspend my efforts (through litigation or otherwise) until I mail the requested information to you. Any information obtained will be used for the purpose of collecting this debt.

AVISO AL DEUDOR: A menos que dentro de los sesenta (60) dias de recibir esta carta notifique a esta oficina que usted disputa la validez de esta deuda, o cualquier parte de la misma, la deuda será asumida como deuda válida. La ley no me obliga a esperar hasta el final del período de 60 dias antes de iniciar acciones legales. Si, sin embargo, usted solicita la prueba de la deuda o el nombre y dirección del acreedor original dentro del período de 60 dias que comienza con su recepción de esta carta, la ley me exige suspender mis esfuerzos (a través de litigios o de otra manera) hasta que le envíe la información solicitada. Cualquier información obtenida será utilizada con el propósito de cobrar esta deuda.



**GRAND CANYON**
U N I V E R S I T Y

3300 W Camelback Road Phoenix, Arizona 85017

9/2/2020

Collections ID: 472289
Student Number: 20718758

Brandon Brunson
305 Spring Creek Dr
Perry, GA 31069

Dear Brandon Brunson:

We would like to inform you that this is our final attempt to collect payment for your past due balance of $1,693.00.

Prior to this final notice, multiple letters and calls were made to you in an attempt to resolve your balance. But as of now we have been unsuccessful.

<u>You have 14 days from the date of this letter to clear your past due balance.</u> Failure to resolve the balance will result in your account being turned over to a collection agency in accordance with our company collection policy. It could also result in your account information being reported to the Credit Bureau.

Should you have any questions or problems regarding this invoice, please give me a call at 602-639-6142 or 1 (877) 272-2931.

Sincerely,

Juana Rodriguez
Collections Specialist



Y26FB65934

P.O. BOX 505
LINDEN MI 48451-0505
ADDRESS SERVICE REQUESTED



**Recovery Management Services, Inc.**
**(855)639-7791**

| YOUR RMSEPAY.COM LOGIN | 2182861 |
|---|---|
| TOTAL DUE: | $1,693.00 |

November 10, 2020

00081200024016634494735073152401—Y266B65934 136—-203--136
BRANDON BRUNSON
101 4TH AVE SE
GRAYSVILLE AL 35073-1524



RMS - Recovery Management Services, Inc.
P.O. Box 857
Warrenville IL 60555-0857

---

*** Please detach the upper portion and return with all correspondence ***    136-GCRMSR10-203-12/18/19

| Grand Canyon University | Principal | Interest | Late Fees | Collection Costs | Misc Fees |
|---|---|---|---|---|---|
| 20718758 | 1,693.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| TOTAL:  $1,693.00 | | | | | |

Dear BRANDON BRUNSON

Please be advised that the above named creditor has referred your account to RMS - Recovery Management Services, Inc.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days after receiving this notice that you dispute the validity of this debt or any portion of it, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request of this office in writing within 30 days after receiving this notice this office will provide you with the name and address of the original creditor, if different from the current creditor.

To view your account online, go to RMSEPAY.COM.  Your RMS - Recovery Management Services, Inc. ID number is required to access account information on the website: 2182861

If you wish to make a payment, you may call RMS at 800-932-2851  x 250. Please direct correspondence concerning this account to this address :

RMS - Recovery Management Services, Inc.
4200 Cantera Dr Suite 211 • Warrenville, IL 60555-0857

Sincerely,
Adam Mertes

THIS COMMUNICATION IS FROM A DEBT COLLECTOR. THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

Hours of Operation: Monday – Thursday 8:00 AM to 8:00 PM CST, Friday 8:00 AM to 6:00 PM CST



00010278-000136-01-1-AA

**ORTHOGEORGIA**

# Your Account Status
We do not have your health insurance information on file.
Your balance is past due.

| Payment Due |
| --- |
| **$2,010.25** |
| Due Upon Receipt |

## Choose a Payment Method



**Pay Online**
Recommended

Make a secure online payment: www.quickpayportal.com
QuickPay Code: Y6VV-95VH-DNB1-5S2

Mail your payment with the coupon below.
Make checks payable to: ORTHOGEORGIA.
Please include your account # on the check.

**Questions?**   Have a question about your balance, or need to update your insurance information
with us? Call 478-745-4206

**Thank you for choosing ORTHOGEORGIA**

Your account is overdue; please call immediately to set up a
payment plan.
Macon Office (478) 745-4206 Griffin Office (770) 227-
4600 Warner Robins Office (478) 971-1153 PLEASE
NOTE...beginning in 2018, all unmet deductibles will be due
at the time of service. Thank you for choosing OrthoGeorgia.

**Enjoy the ease and security of paperless statements.
Sign up today on the Patient Portal:
https://4291-1.portal.athenahealth.com/**

*detailed summary* ➤



ORTHOGEORGIA
PO BOX 14099
BELFAST ME 04915

**Pay Online At QuickPay**
www.quickpayportal.com I QuickPay Code: Y6VV-95VH-DNB1-5S2

| Due Date | Patient Account # |
| --- | --- |
| Upon Receipt | 731000A4291 |
| **Amount Due** | **Amount Enclosed** |
| **$2,010.25** | |

Make checks payable: OrthoGeorgia. Please include your account # on the
check and use the return envelope provided for faster processing.



BRANDON D BRUNSON
305 SPRING CREEK DR
PERRY GA 31069-4115

OrthoGeorgia
ATTN # 11064K
PO BOX 14000
BELFAST ME 04915-4033





☐  Check box if insurance or patient information has changed.
Please indicate change on reverse side.

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

**Birmingham District Office**
1130 22nd Street South ,Suite 2000
Birmingham ,Alabama ,35205
Intake Information Group: 800-669-4000
Intake Information Group TTY: 800-669-6820
Birmingham Direct Dial: (205) 651-7020
Fax: (205) 212-2105
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS

(This Notice replaces EEOC FORMS 161 & 161-A)

Issued On: 02/24/2022

**To:** Mr. Brandon D. Brunson
305 SpringCreek Drive
PERRY, GA 31069

Charge No: 420-2021-00975

EEOC Representative and email:          KEVAN JACKSON
                                        Investigator
                                        kevan.jackson@eeoc.gov

### DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 420-2021-00975.

On Behalf of the Commission:

**MICHAEL COCHRAN** Digitally signed by MICHAEL COCHRAN
Date: 2022.02.24 12:23:28 -06'00'

*for* Bradley A. Anderson
District Director

**Cc:**
Shane Siegel
Attorney
Morgan Lewis
shane.siegel@morganlewis.com
Please retain this notice for your records.

## INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court <u>under Federal law</u>. If you also plan to sue claiming violations of State law, please be aware that time limits may be shorter and other provisions of State law may be different than those described below.)*

### IMPORTANT TIME LIMITS – 90 DAYS TO FILE A LAWSUIT

If you choose to file a lawsuit against the respondent(s) named in the charge of discrimination, you must file a complaint in court **within 90 days of the date you *receive* this Notice**. Receipt generally means the date when you (or your representative) opened this email or mail. You should **keep a record of the date you received this notice**. Once this 90-day period has passed, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and the record of your receiving it (email or envelope).

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Filing this Notice is not enough. For more information about filing a lawsuit, go to https://www.eeoc.gov/employees/lawsuit.cfm.

### ATTORNEY REPRESENTATION

For information about locating an attorney to represent you, go to:
https://www.eeoc.gov/employees/lawsuit.cfm.

In very limited circumstances, a U.S. District Court may appoint an attorney to represent individuals who demonstrate that they are financially unable to afford an attorney.

### HOW TO REQUEST YOUR CHARGE FILE AND 90-DAY TIME LIMIT FOR REQUESTS

There are two ways to request a charge file: 1) a FOIA Request or 2) a Section 83 request. You may request your charge file under either or both procedures. EEOC can generally respond to Section 83 requests more promptly than FOIA requests.

Since a lawsuit must be filed within 90 days of this notice, please submit your request for the charge file promptly to allow sufficient time for EEOC to respond and for your review. Submit a signed written request stating it is a "FOIA Request" or a "Section 83 Request" for Charge Number 420-2021-00975 to the District Director at Bradley Anderson, 1130 22nd Street South Suite 2000
Birmingham, AL 35205. You can also make a FOIA request online at
https://eeoc.arkcase.com/foia/portal/login.

You may request the charge file up to 90 days after receiving this Notice of Right to Sue. After the 90 days have passed, you may request the charge file only if you have filed a lawsuit in court and provide a copy of the court complaint to EEOC.

For more information on submitting FOIA Requests and Section 83 Requests, go to:
https://www.eeoc.gov/eeoc/foia/index.cfm.

# Morgan Lewis

**Shane C. Siegel**
Senior Attorney
+1.215.963.4767
shane.siegel@morganlewis.com

June 18, 2021

**VIA EEOC PORTAL**
Kevan Jackson
Equal Employment Opportunity Commission
Birmingham District Office
1130 22nd Street South
Birmingham, AL 35205

Re:    *Brandon Brunson v. Amazon*
       <u>EEOC Charge No.: 420-2021-00975</u>

Dear Investigator Jackson:

This Firm represents Amazon.com Services LLC ("Amazon" or the "Company") in connection with the above-referenced matter.  We submit this position statement and supporting documentation in response to the Charge filed by Brandon Brunson.[1]  Amazon reserves the right to supplement or amend the information set forth in this position statement and its attachments as needed, based on further investigation or otherwise.[2]

On August 24, 2020, Amazon terminated the employment of Mr. Brunson, who was an Area Manager at the Company's Bessemer, Alabama Fulfillment Center, known as BHM1, for a single reason – that is, because when the mother of Mr. Brunson's baby, Audrianna Noel, began working as a Fulfillment Associate at the

---

[1]    Mr. Brunson filed a previous Charge against Amazon, EEOC Charge No. 420-2021-00148, with virtually identical allegations, which was dismissed by the Commission on January 7, 2021.

[2]    The information and accompanying documentation contained herein, and which may be submitted hereafter, is strictly confidential and not to be used for any purpose other than the resolution of the current Charge and it may not be disclosed publicly, except as expressly provided by law. *See* 42 U.S.C. §§ 2000e-5(b), 2000e-8(e); 29 C.F.R. §§ 1601.22, 1601.26; 56 Fed. Reg. 10847.  **Information and accompanying documentation contained herein designated confidential and/or containing sensitive medical information, confidential commercial or financial information, or trade secret information may not be disclosed to Mr. Brunson without prior written authorization from Amazon.**

Morgan, Lewis & Bockius LLP

1701 Market Street
Philadelphia, PA  19103-2921
United States
☎ +1.215.963.5000
🖷 +1.215.963.5001

Kevan Jackson
Equal Employment Opportunity Commission
June 18, 2021
Page 2

same site in May of 2020, he, **by his own admission**, failed to disclose that he was in a relationship with Ms. Noel, his subordinate, in violation of the Company's Consensual Relationship Policy, which was a terminable offense.  Unable to accept that he, alone, is responsible for his discharge, Mr. Brunson continues to challenge Amazon's decision to terminate his employment – lodging complaints with the Company, on a GoFund Me page,[3] and with the Commission.  Each time, Mr. Brunson's story evolves as he seeks to shift the blame for his discharge to someone else; each time, his claims are investigated and found to be baseless.

Indeed, on January 7, 2021, the Commission dismissed the first Charge filed by Mr. Brunson, Charge No. 420-2021-00148 ("First Charge"), in which he alleged that Amazon discriminated against him on the basis of his sex and race and retaliated against him, when it terminated his employment.  In that Charge, Mr. Brunson claimed for the first time that he disclosed his relationship with Ms. Noel to Human Resources and that other African-American managers were similarly involved in relationships, suggesting but never stating that they, too, had not disclosed those relationships, but were not terminated.  Mr. Brunson failed to grasp that this assertion, though patently false, did not support, but rather undermined, his race discrimination claim.  *See* First Charge and Dismissal, attached as Ex. A.

Unsatisfied with the Commission's dismissal of his First Charge, Mr. Brunson, on March 4, 2021, filed the instant Charge ("Second Charge"), in which he now claims, for the first time, that he reported his relationship not to Human Resources as he contended in the First Charge, but to an Operations Manager.  He also alleges that two female Area Managers similarly violated the Consensual Relationship Policy, but were not terminated.  Mr. Brunson's claims lack any factual or legal basis.

Simply put, Amazon terminated Mr. Brunson for a legitimate, nondiscriminatory, non-retaliatory reason, which he cannot demonstrate is a pretext for sex or race discrimination or retaliation.  Mr. Brunson readily admitted that he failed to disclose his relationship with Ms. Noel when Amazon conducted its investigation.  Moreover, the Company has no record of Mr. Brunson ever disclosing the relationship, whether to HR or site leadership.  To the contrary, he took steps to conceal it.  Further, although Mr. Brunson contends that two female Area Manager

---

[3]    Mr. Brunson set up a Go Fund Me page on December 24, 2020.  There, he blamed the mother of his child, Ms. Noel, for his termination from Amazon, stating "she had another agenda that cost me my career at Amazon .... She reported a false domestic violence incident."  On the Go Fund Me page, Mr. Brunson also shared a text he sent to Ms. Noel, where he said "You want child support from me[.] [C]ool[.] I need your help getting my job back." *See* thttps://www.gofundme.com/f/custody-battle-for-aaliyah-brunson.

Kevan Jackson
Equal Employment Opportunity Commission
June 18, 2021
Page 3

had relationships with associates and were not terminated, the fact is that they disclosed their relationships as required.  Accordingly, and for the reasons set forth below, the Commission should dismiss this Charge in its entirety.

## I.   RELEVANT FACTS

### A.   Amazon Is an Equal Opportunity Employer.

As relevant to this case, Amazon operates websites that sell various products, including books, electronics, CDs, DVDs, and apparel.  Amazon packages and ships assorted products from warehouses called Fulfillment Centers, including one in Birmingham, Alabama, known as BHM1, where Mr. Brunson worked.  Amazon is an equal opportunity employer, dedicated to ensuring a safe, productive and nondiscriminatory work environment for its employees.  Accordingly, Amazon forbids all forms of discrimination in the workplace, including on the basis of sex. *See* Relevant Policies, attached as Ex. B.

### B.   Amazon's Consensual Relationship Policy.

Amazon recognizes that consensual relationships between employees, where one co-worker has supervisory authority or is in a position of influence over the other, may create actual or perceived conflicts of interest, in addition to placing the Company at risk.  Accordingly, Amazon requires its employees to disclose any such relationships to the site manager or to Human Resources so it can determine what action should be taken.  Such action may include but is not limited to a change in the responsibilities of those involved in the relationship, reassignment, or a transfer of location.  *See* Consensual Relationship Policy (the "Policy"), attached as Ex. C.[4]  It is the responsibility of the employee in the supervisory position to disclose the relationship.  Failure to do so may result in disciplinary action, up to and including termination of employment.  *Id.*  Mr. Brunson was well aware of and had received training on this Policy.

### C.   Mr. Brunson's Employment with Amazon.

Mr. Brunson began working for Amazon as an Area Manager at BHM1 on January 20, 2020.  Less than four months later, on May 14, 2020, Audrianna Noel began working as a Fulfillment Associate at BHM1.  Unbeknownst to Amazon, Ms. Brunson and Ms. Noel had been in a relationship, lived together, and shared a child, who was born on February 19, 2020, just a few months prior.  In direct

_____

[4] *See also* Consensual Relationship section of Exhibit A.

Kevan Jackson
Equal Employment Opportunity Commission
June 18, 2021
Page 4

violation of Amazon's Consensual Relationship Policy, Mr. Brunson never disclosed this relationship to Amazon, despite having ample opportunity to do so.

However, on or about August 10, 2020, Ms. Noel informed Human Resources that she had a relationship with Mr. Brunson, which began before she started working at Amazon.  Ms. Noel shared that Mr. Brunson told her not to tell anyone at Amazon about their relationship because it could negatively affect his job and told her to apply to work on a different shift than him.  Ms. Noel also complained that Mr. Brunson had been physically abusive to her and that she had recently called the police after an alleged incident of domestic violence.  Amazon promptly investigated the concerns raised by Ms. Noel and suspended Mr. Brunson with pay pending the results of its investigation.  Based on the police report provided and Mr. Brunson's denial of any allegations of domestic violence, Amazon was unable to substantiate any violations of its Workplace Violence policy. However, there remained the issue of Mr. Brunson's failure to report his relationship with Ms. Noel, his subordinate, which Amazon also investigated.

During the course of its investigation, Mr. Brunson admitted to Amazon that he failed to disclose his relationship with Ms. Noel, even though he remembered being trained on the Consensual Relationship Policy.[5]  Not only did Mr. Brunson fail to disclose his relationship with Ms. Noel, but he also used his position as an Area Manager to threaten to move Ms. Noel to a less desirable assignment, demonstrating the exact reason why Amazon has and needs this Policy.  In a text message to Ms. Noel, after she told him that she was going to look for a new place to live, Mr. Brunson stated: "Cool....I could have you easily put [you] back in stow but I didn't[.] [Y]ou should learn to be appreciated [sic] of the person who help process [sic] you to be better."  *See* Text Message, attached as Ex. D.[6]  On August 27, 2020, Amazon terminated Mr. Brunson's employment for violating its Consensual Relationship Policy.[7]

A little more than a month later, on October 6, 2020, Mr. Brunson emailed Amazon, complaining that he had been "wrongfully terminated" due to "a situation" with Ms. Noel.  *See* October 6, 2020 Email, attached as Exhibit E.  Mr. Brunson also alleged that Amazon had discriminated against him because of his

---

[5]    At first, Mr. Brunson stated that he never told anyone at Amazon about the relationship. Later, he claimed that <u>after</u> Ms. Noel brought the relationship to HR's attention, he also told two Area Managers about it.  Mr. Brunson also later claimed that he did not disclose the relationship because he thought that he didn't have to because they worked different shifts.

[6]    Note Mr. Brunson referred ro Ms. Noel as "Lucy."

[7]    Ms. Noel voluntarily resigned on August 20, 2020 to return home to Florida.

Kevan Jackson
Equal Employment Opportunity Commission
June 18, 2021
Page 5

gender, his race, and his age, and retaliated against because of the domestic violence allegations raised against him, when it terminated his employment. In this same email, however, Mr. Brunson once more admitted that he never disclosed his relationship with Ms. Noel to Amazon. *Id*.

Amazon thoroughly investigated Mr. Brunson's complaints and determined that the Company had terminated his employment because he violated its Consensual Relationship Policy by failing to disclose his relationship with Ms. Noel, his subordinate. The Company advised Mr. Brunson that his termination was consistent with its Policy and that there was "no evidence that it was in any way handled incorrectly or unfairly." *See* October 15 Email, attached as Ex. F.

Mr. Brunson refused to accept that he, alone, was responsible for his termination from Amazon. Instead, on December 2, 2020, Mr. Brunson filed his First Charge with the Commission, asserting claims of race and sexual discrimination and retaliation. On January 7, 2021, the Commission dismissed Mr. Brunson's First Charge. *See* Dismissal and Notice of Right to Sue, Ex. A.

Undeterred, on March 4, 2021, Mr. Brunson filed the instant Charge, which is his Second. Now, Mr. Brunson contends only that Amazon discriminated against him because of his sex when it terminated his employment. This Second Charge, like his First Charge, is meritless.

## II.   RESPONSE TO CHARGE

In Mr. Brunson's Second Charge, he once more challenges his termination, alleging that it was discriminatory based on his sex. This claim is meritless.

Amazon terminated Mr. Brunson's employment for one reason – because he, as a Level 4 Area Manager, failed to disclose his relationship with Ms. Noel, a Tier One Fulfillment Associate, in violation of the Company's Consensual Relationship Policy. In an attempt to show that this legitimate, nondiscriminatory reason is a pretext for gender discrimination, Mr. Brunson alleges, for the first time, that in February 2020, he told William McCanna,[8] a former Operations Manager, about his relationship with Ms. Noel. First, it would be impossible for Mr. Brunson to have disclosed to Mr. McCanna in February 2020 that he had a relationship with Ms. Noel, his subordinate at BHM1, because she did not begin working at the site until May 2020. Thus, even if Mr. Brunson had mentioned to Mr. McCanna that he was in a relationship with Ms. Noel in February 2020, which was when their child was born, that does not constitute notice for the purposes of the Consensual

---

[8] Mr. McCanna voluntarily resigned from Amazon in December 2020.

Kevan Jackson
Equal Employment Opportunity Commission
June 18, 2021
Page 6

Relationship Policy that he was in a relationship with a co-worker who was subordinate to him.  To be clear, any such disclosure should have been made by Mr. Brunson in May 2020, when Ms. Noel began working at BHM1, a fact of which he was well aware.  Second, Amazon has no record of any such disclosure to Mr. McCanna or anyone else.  Third, it strains credibility for Mr. Brunson to now assert that he disclosed his relationship to Mr. McCanna when he never once made this claim to Amazon in any of his prior complaints about his termination.  Moreover, Mr. Brunson's newfound assertion directly contradicts his <u>own</u> admission to Amazon in August 2020 that he had never disclosed his relationship with Ms. Noel to the Company and Ms. Noel's assertion that he specifically told her not to tell anyone about their relationship.  This new allegation, which he raised for the first time in his Second Charge, is Mr. Brunson's last ditched attempt to manufacture a claim against Amazon and completely baseless.

In a further effort to bolster his gender discrimination claim, Mr. Brunson alleges for the first time, that two female Area Managers, Faith Ferguson and Rene Cooper, similarly violated the Consensual Relationship policy but were not terminated.[9]  This assertion, like his others, is false.  The reality is that unlike Mr. Brunson, both Ms. Ferguson and Ms. Cooper disclosed their relationships to Amazon in accordance with its Policy.

Despite Mr. Brunson's myriad attempts to challenge his discharge as unlawful, the fact is that Amazon terminated his employment for only one reasons, i.e. because he violated its Consensual Relationship Policy.  Mr. Brunson has not offered, and cannot offer, any evidence to show that this legitimate, nondiscriminatory reason for his termination is a pretext for unlawful discrimination, whether based on his gender, race, or otherwise.  Simply put, Mr. Brunson has utterly failed to sustain his ultimate burden of showing that Amazon intentionally discriminated against him because of his sex.

---

[9]    Previously, in his First Charge, Mr. Brunson claimed that it was other African-American managers who were treated more favorably than he was, which undermined his claim of race discrimination.

Kevan Jackson
Equal Employment Opportunity Commission
June 18, 2021
Page 7

## III.    CONCLUSION

For the foregoing reasons, Amazon respectfully requests that the Commission dismiss this Charge in its entirety.

Respectfully submitted,

*/s/ Shane C. Siegel*



BHM1 HumanResources

From: Audrianna noel <audri2016.5@gmail.com>
Sent: Thursday, August 13, 2020 4:14 PM
To: Smith, Jena <jenasmit@amazon.com>
Subject: [EXTERNAL]

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you can confirm the sender and know the content is safe.

Good afternoon, update on the restraining order (I have to go back to Alabama tomorrow since the incident occurred there , so I'll be able to send that tomorrow as well as the new report) . Also it's going to be alittle hard to move into a apartment for me and my baby with everything being such short notice , would I qualify for any assistance?

On Mon, Aug 10, 2020 at 8:54 PM Audrianna noel <audri2016.5@gmail.com> wrote:

You can call me now at 850-242-4003 .

On Mon, Aug 10, 2020 at 8:53 PM Smith, Jena <jenasmit@amazon.com> wrote:

Hello Audrianna –

I am trying to get in contact with you in regards to your conversation with site HR. Please provide a good number and time for me to reach out.

Thank you,

Jena Smith | HR Business Partner

*North American Fulfillment* – BHM1

E: Jenasmit@amazon.com



BHM1 HumanResources

ail Mobile

10:21
LTE


Smith, Jena

From    Smith, Jena   jenasmit@amazon.com

To      Audrianna noel   audri2016.b@gmail.com

Date    Aug 11, 2020, 3:33 PM

Standard encryption (TLS)
Learn more

Hi Audrianna!

Would you mind typing up an email as a statement from the incident that we talked about last night? Also, any update on the police reports?

I need that info ASAP!


me   Aug 11
to Jena

On August 6, 2020 I had to call Graysville police department due to a domestic dispute between Brandon Brunson and I ( Audrianna Noel). We had been fussing and fighting the whole day through that night when I tried to take our daughter for a ride so she could fall asleep he came outside yelling , " My baby not going anywhere!" and "You not taking here nowhere !" . I tried to inform Mr.Brunson that I didn't want to continue fussing nor fighting because I was sore from earlier. I tried

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you can confirm the sender and know the content is safe.

Yes ma'am .

On Tue, Aug 11, 2020 at 2:24 PM Smith, Jena <jenasmit@amazon.com> wrote:

> Hey!
>
> **Please respond back!**
>
> I fixed your time when we talked last night, but it takes some time to reflect in their system.
>
> Thank you,
>
> Jena Smith | HR Business Partner
>
> *North American Fulfillment – BHM1*
>
> E: Jenasmit@amazon.com



BHM1 HumanResources

From: Audrianna noel <audri2016.5@gmail.com>
Sent: Tuesday, August 11, 2020 5:12 AM
To: Smith, Jena <jenasmit@amazon.com>
Subject: FW: [EXTERNAL] IMMEDIATE RESPONSE REQUIRED: Amazon Job Abandonment Notice

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you can confirm the sender and know the content is safe.

---------- Forwarded message ---------
From: **Amazon HR** <hr-rc-na-ja@caseservices.panorama.hr.a2z.com>
Date: Tue, Aug 11, 2020 at 12:38 AM
Subject: IMMEDIATE RESPONSE REQUIRED: Amazon Job Abandonment Notice
To: audri2016.5@gmail.com <audri2016.5@gmail.com>


Hello Audrianna Noel,

You are receiving this notification because you have had two consecutive absences from work without proper notification of your absence. If you are utilizing time off options and have not reported your usage via AtoZ, please be advised all absences are required to be

3

Re: IMMEDIATE RESPONSE REQUIRED: Amazon Job Abandonment Notice

From:    Audrianna noel <audri2016.5@gmail.com>
To:
Date:    3/29/2021 6:08 AM
Subject: Re: IMMEDIATE RESPONSE REQUIRED: Amazon Job Abandonment Notice

On Mon, Mar 29, 2021 at 6:06 AM Audrianna noel <audri2016.5@gmail.com> wrote:

On Mon, Mar 29, 2021 at 6:06 AM Audrianna noel <audri2016.5@gmail.com> wrote:

On Mon, Mar 29, 2021 at 6:06 AM Audrianna noel <audri2016.5@gmail.com> wrote:

On Tue, Aug 11, 2020 at 3:33 PM Smith, Jena <jenasmit@amazon.com> wrote:

Hi Audrianna!

Would you mind typing up an email as a statement from the incident that we talked about last night? Also, any update on the police reports?

I need that info ASAP!

Thank you,

Jena Smith | HR Business Partner

*North American Fulfillment* -- BHM1

E: Jenasmit@amazon.com



BHM1 Human Resources

From: Audrianna noel <audri2016.5@gmail.com>
Sent: Tuesday, August 11, 2020 2:26 PM
To: Smith, Jena <jenasmit@amazon.com>
Subject: RE: [EXTERNAL] IMMEDIATE RESPONSE REQUIRED: Amazon Job Abandonment Notice

6

### Re: JAX2 Transfer Offer

**From:** Audrianna noel <audri2016.5@gmail.com>
**To:**
**Date:** 3/29/2021 6:09 AM
**Subject:** Re: JAX2 Transfer Offer

On Wed, Aug 12, 2020 at 9:59 PM Smith, Jena <jenasmit@amazon.com> wrote:

Hello –

Please reply "accept" or "deny" to this offer.

Thank you,

Jena Smith | HR Business Partner

*North American Fulfillment* – BHM1

E: Jenasmit@amazon.com

amazon
BHM1 HumanResources

--
Sent from Gmail Mobile

7

**▾ Noel,Audrianna (naudrian)**



**Employee Info**

| | | | | |
|---|---|---|---|---|
| **Login** | naudrian | **Status** | Terminated | |
| **Empl ID** | 106776729 | **Agency** | -- | |
| **Badge** | 12850928 | **Shift** | NL4-0335 | |
| **Dept ID** | 1092 | | | |
| **Location** | DJX2 ( 1D93 ) | | | |
| **Manager** | Brock,Jonah | | | |

**Employee Settings**
Default Menu
(None)
Home Area
(None)

**Related Links**
Time Details
Activity Details
Edit Permissions
Phone Tool
PPA Time Details

**▸ Employee Time Details**

BHM1 Intraday 2020 16:35 17:00 + 202 00007 0417

< Today >

Toggle Legend   Toggle Job Sessions

| Clock/Paid | Clock/Unpaid | Direct Function | Direct Job | Exempt Job | Leave Job | Edited Function | Indirect Function | Indirect Job | Labor Transfer | Master Indirect Job | Master Job | Time Off Task |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

2020/08/05 17:00 CDT - 2020/08/06 06:00 CDT

| title | start | end | duration | Hours on Task: 9.85 / 9.85 (100%) |
|---|---|---|---|---|
| OffClock/UnPaid | 08/05-17:00:00 | 08/05-18:39:00 | 99:00 | |
| OnClock/Paid | 08/05-18:39:00 | 08/05-22:41:00 | 242:00 | |
| Admin/HR/IT+SFT_ASSOC_SFTY_COMM | 08/05-18:39:00 | 08/05-18:41:18 | 02:18 | |
| Admin/HR/IT+SFT_ASSOC_SFTY_COMM | 08/05-18:41:18 | 08/05-22:41:00 | 239:42 | |
| I SFT_ASSOC_SFTY_COMM | 08/05-18:41:18 | 08/05-22:41:00 | 239:42 | |
| OffClock/UnPaid | 08/05-22:41:00 | 08/05-23:11:00 | 30:00 | |
| OnClock/Paid | 08/05-23:11:00 | 08/06-05:00:00 | 349:00 | |
| Admin/HR/IT+SFT_ASSOC_SFTY_COMM | 08/05-23:11:00 | 08/05-23:19:35 | 08:35 | |
| Admin/HR/IT+SFT_ASSOC_SFTY_COMM | 08/05-23:19:35 | 08/06-05:00:00 | 340:25 | |
| I SFT_ASSOC_SFTY_COMM | 08/05-23:19:35 | 08/06-05:00:00 | 340:25 | |
| OffClock/UnPaid | 08/06-05:00:00 | 08/06-06:00:00 | 60:00 | |

*Handwritten annotations:*

6:38 on the clock 8/5/2020

Took a Break 10:41 to 11:11

On the Clock From 11 pm to 5pm

Time A. Noel Clocked out from BHM1 8/6/2020



| Alarm Description | Time/Date | Controller | Device | Card |
|---|---|---|---|---|
| Granted Access | 7:18 AM 8/5/2020 | (FC) BHM1-A2 | BHM1-2.3.11-T/S 03 IN | Brandon Brunson (13414412) |
| Granted Access | 11:04 AM 8/5/2020 | (FC) BHM1-A2 | BHM1-2.3.17-T/S 09 OUT | Brandon Brunson (13414412) |
| Granted Access | 11:04 AM 8/5/2020 | (FC) BHM1-A2 | BHM1-2.3.17-T/S 09 OUT | Brandon Brunson (13414412) |
| Granted Access | 11:56 AM 8/5/2020 | (FC) BHM1-A2 | BHM1-2.3.11-T/S 03 IN | Brandon Brunson (13414412) |
| Granted Access | 8:14 PM 8/5/2020 | (FC) BHM1-A2 | BHM1-2.3.16-T/S 08 OUT | Brandon Brunson (13414412) |
| Granted Access | 6:54 AM 8/6/2020 | (FC) BHM1-A2 | BHM1-2.3.11-T/S 03 IN | Brandon Brunson (13414412) |
| Granted Access | 6:21 PM 8/6/2020 | (FC) BHM1-A2 | BHM1-2.3.19-T/S 11 OUT | Brandon Brunson (13414412) |



11:48

< Lucy
  +1 850-242-4003
  1:28 PM

Why the dishes not clean. I clean up t he